ERIK L. BAKER, Appellant, v PATRICIA P. BAKER, Respondent.

Submitted November 30, 2009; decided January 14, 2010

Reported below, 66 AD3d 722.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

---

In the Matter of CLAUDIA CHILDS, Appellant, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.

Submitted November 16, 2009; decided January 14, 2010

Reported below, 60 AD3d 1440.

Motion for leave to appeal dismissed as untimely (see CPLR 5513 [b]).